1  **ROBERT H. HENSSLER, JR.**
California Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California  92101-5008
Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
Robert_Henssler@fd.org
5

6  Attorneys for Defendant

7

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10  **(HONORABLE WILLIAM McCURINE, JR.)**

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | ) Case No.  08MJ0506 |
| 12         Plaintiff, | ) |
| 13  v. | ) **NOTICE OF APPEARANCE** |
| 14  **OMAR HERNANDEZ**, | ) |
| 15         Defendant. | ) |
| 16  _____ | ) |

17         Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Robert

18  R Henssler, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

19  the above-captioned case.

20                                                      Respectfully submitted,

21

22  Dated:  February 26, 2008           /s/   *Robert R. Henssler, Jr.*
                                         **ROBERT R. HENSSLER, JR.**
23                                       Federal Defenders of San Diego, Inc.
                                         Robert_Henssler@fd.org
24                                       Attorneys for Defendant

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: February 26, 2008          */s/ Robert R. Henssler, Jr.*
                                  **ROBERT R. HENSSLER, JR.**
                                  Federal Defenders of San Diego, Inc.
                                  Robert_Henssler@fd.org