# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. | 08 CR 0632 - BEN |
| Plaintiff ) | | 08 MJ 0506 |
| ) | ORDER | |
| vs. ) | | |
| ) | RELEASING MATERIAL WITNESS | |
| Omar Hernandez ) | | |
| ) | Booking No. | |
| Defendant(s) ) | | |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**)

Mat. Wit: Ernesto Martinez-Rodriguez

DATED: 03/06/08

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _Andrew Reugel_      OR
         DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062